1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TERRELL O'NEAL

11          Plaintiff,              No. CIV S-04-0270 LKK CMK P

12      vs.

13   SGT. VAUGHN[1], et al.,

14          Defendants.            ORDER

15   _____/

16          Before the court is plaintiff's November 20, 2006 request for an extension of time

17   to reply to the court's October 20, 2006 findings and recommendations.  Good cause appearing,

18   plaintiff is granted thirty days from the date this order is filed to file objections.

19   Dated: November 21, 2006

20

21                                    _____

22                                    CRAIG M. KELLISON
                                      UNITED STATES MAGISTRATE JUDGE

23

24                    _____

25       [1]Although the name "Vaughn" is in the caption, it appears that the correct name for this
     defendant is "Voong."  The correct name for this defendant is reflected in plaintiff's August 24,
26   2004 response to the court's order to show cause and in defendants' motion to dismiss.

                                          1