IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRELL O'NEAL,

    Plaintiff,                    No. CIV S 04-0270 LKK CMK P

    vs.

VAUGHN, et al.,

    Defendants.               <u>ORDER</u>

         On November 1, 2007, plaintiff filed a request for appointment of counsel, a request for an extension of time, a request to add additional defendants and a request for law library access. This civil rights action was closed on February 5, 2007. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: November 16, 2007

                                                **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE